IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YU LIN, ) | |
| ) | |
| Plaintiff, ) | 4:05CV3153 |
| ) | |
| v. ) | |
| ) | REASSIGNMENT ORDER |
| UNIVERSITY OF NEBRASKA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the recusal of District Judge Joseph F. Bataillon (Filing No. 10) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 23rd day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge