FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

05 OCT -3 AM 11: 29

OFFICE OF THE CLERK

| | | |
|---|---|---|
| YU LIN, | ) | Case Number 4:05CV3153 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES** |
| | ) | **MAGISTRATE JUDGE** |
| UNIVERSITY OF NEBRASKA, | ) | **AND** |
| | ) | **ORDER OF REFERENCE** |
| Defendant | ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY

## A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Yu Lin | 9-27-2005 |
| [signature] | For University of Nebraska | 9-22-2005 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _F A Gossett_____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

10/3/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03