IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YU LIN, | ) | |
| | ) | 4:05CV3153 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNIVERSITY OF NEBRASKA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 5, the motion for leave to proceed in forma pauperis filed by the plaintiff. When considering a motion to proceed in forma pauperis ("IFP"), the district court must determine whether the moving party qualifies financially. See 28 U.S.C. § 1915 (proceeding in forma pauperis).

In his application for IFP, the plaintiff reports an income of $12.00 per hour. The plaintiff also reports having $5,000 in his bank account, $2,000 in stocks, and ownership of an automobile. After review of the record, I find that the plaintiff is not eligible to proceed IFP at this point in his case. Therefore, filing no. 5 is denied.

SO ORDERED.

DATED this 4th day of October, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge