```
FILED
US DISTRICT C
DISTRICT OF NEB

OCT 2 8 20

OFFICE OF THE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YU LIN, ) | Case No. 4:05cv3153 |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND AGREED |
| v. ) | PROTECTIVE ORDER CONCERNING |
| ) | PRODUCTION OF DOCUMENTS |
| UNIVERSITY OF NEBRASKA, ) | BY THE UNIVERSITY OF NEBRASKA |
| ) | |
| Defendant. ) | |

WHEREAS, discovery in the above-entitled action may involve the production of documents and disclosure of information which the University of Nebraska (hereinafter "University") claims to be confidential; and,

WHEREAS, the parties desire to pursue discovery with a minimum of delay and expense; and

WHEREAS, the parties have agreed pursuant to Fed. R. Civ. P. Rules 29 and 26(c) and NECivR 7.3 that a protective order should be entered in connection with the production of documents and disclosure of confidential information by the University;

IT IS HEREBY ORDERED AND AGREED:

1. When used in this order, the word "documents" has the full extent of its meaning as provided in the Federal Rules of Civil Procedure and includes all written, recorded or graphic matter whatsoever including interrogatory answers, requests to admit and responses thereto, documents produced by any party to this action whether pursuant to Federal Rules of Civil Procedure 26, 34, by subpoena duces tecum or by agreement, deposition transcripts and exhibits, and any portion of any Court papers which quote from any of the foregoing.





RECEIVED
OCT 27 2005
CLERK
DISTRICT COURT
OMAHA

2.  As used in this order, the words "student records" mean records of current or former students of the University of Nebraska -Lincoln Department of Computer Science and Engineering which may be withheld from disclosure to the public under 20 U.S.C. §1232g, Neb. Rev. Stat. § 84-712.05(1) (Cum. Supp. 2004) and which are considered confidential under § 1.4.4 of the *Bylaws of the Board of Regents of the University of Nebraska.*

3.  All documents and disclosure of information pertaining to student records and every portion thereof, produced by the University, pursuant to any discovery procedure or informal exchange of documents in this matter, shall be considered "confidential" for purposes of this order and shall be used by the Plaintiff, her experts and attorneys, only for the preparation for and conduct of proceedings herein and not for any business or other purpose whatsoever.

4.  Except as hereinafter provided, no confidential documents or disclosure information, nor any portion or summary thereof, produced by the University shall be given, shown, disclosed, or communicated by the Plaintiff in any way, directly or indirectly, to any person or entity other than:

    (a)  Counsel for the parties in this action, and their employees;
    (b)  The parties;
    (c)  Outside consultants and experts consulted or retained for the purpose of testifying or assisting in the preparation for the conduct of the proceedings herein.

No confidential documents or disclosure information shall be disclosed to persons other than those listed above, without leave of Court.

Parties may question potential lay witnesses regarding the underlying facts contained in student records so long as subject's names and/or personally identifiable information is not disclosed. The parties have previously stipulated that the use of the student's initials may be used instead of the student's full names. *See* Filing No. 21 (October 17, 2005).

5.  Before disclosure of any confidential documents is made to any

person described in paragraph 4 above, the person to whom disclosure is made shall be informed of the terms of this order and shall agree in writing to be bound by the terms of this order. Counsel for each party shall maintain a file of such written agreements until this action is concluded.

6. If any party files any confidential documents or disclosure information produced by the University with the Court, or testimony is given concerning disclosure information contained therein, all such documents, testimony and documents incorporating or referring to such disclosure information, shall be filed under seal and shall be maintained under seal of the Court. For the convenience of the parties, the Clerk and the Court, any filing containing both confidential and non-confidential material may be filed entirely under seal.

7. Notwithstanding the foregoing, this order shall be without prejudice to the right of any party to object to the production of any documents, or any testimony, or inspection upon any appropriate grounds and nothing contained herein shall be construed as a waiver of any objection which might be raised as to the admissibility at trial of any evidentiary materials.

8. This order is without prejudice to the right of any party to seek relief from the Court from any of the restrictions provided above upon good cause shown or for other grounds provided by applicable law.

9. Prior to the trial of this action, the attorneys for the parties shall meet and attempt to agree on an appropriate form of order to submit to the Court regarding the confidential status, if any, to be afforded documents, testimony, or other information disclosed during the course of the trial. If the parties cannot agree upon an appropriate form of order, the matter will be submitted to the Court for determination prior to trial under terms and conditions established by the Court.

10. At the conclusion of this action all originals or reproductions of all documents subject to this protective order shall be returned to the producing

party upon request, or destroyed by the non-producing parties.

Respectfully submitted,

UNIVERSITY OF NEBRASKA,
    Defendant.


By: /s/John C. Wiltse             20 October 2005
John C. Wiltse, NSBA #16689    Date
University of Nebraska
3835 Holdrege, 237 Varner Hall
Lincoln, NE 68583-0745
(402) 472-1201
(402) 472-2038 - fax
jwiltse@nebraska.edu


YU LIN,
    Plaintiff.


By: /s/ Yu Lin                Oct. 26. 2005
Yu Lin, Pro Se                 Date
6101 N.W. 2d Circle, Apt. 6
Lincoln, NE 68521-4415


APPROVED this 28 day of OCTOBER, 2005.

/s/ United States Magistrate Judge
United States Magistrate Judge

Lin.stipulatedprotectiveorder