IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YU LIN, | ) |
|         Plaintiff, | )   4:05CV3153 |
| v. | )   ORDER |
| UNIVERSITY OF NEBRASKA, | ) |
|         Defendant. | ) |

    This matter is before the court on filing no. 18, the motion for leave to amend, filed by the plaintiff.  In filing no. 18, the plaintiff presents a proposed amended complaint for the court's review.  In filing no. 22, the Report of the Rule 26(f) planning meeting, the defendant stipulates that filing no. 18 be filed as the amended complaint.  After review of the record, filing no. 18 is granted.  Filing no. 18 is considered the amended complaint and is accepted for filing instanter.  The complaint in this case shall consist of filing no. 1 as amended by filing no. 18.

    SO ORDERED.

    DATED this 31st day of October, 2005.

                                                  BY THE COURT:

                                                  S/F.A. GOSSETT
                                                  United States Magistrate Judge