**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **YU LIN,** | ) |
| Plaintiff, | ) CASE NO. 4:05CV3153 |
| vs. | ) |
| | ) ORDER |
| **UNIVERSITY OF NEBRASKA,** | ) |
| Defendant. | ) |

     This matter is before the court on the parties' Stipulation (Filing No. 21). The parties stipulated that the full and true name of other students appear in plaintiff's original complaint (Filing No. 13) which is under seal. The stipulation is granted and approved. In subsequent filings, the parties shall only refer to the other students by using the student's initials.

**IT IS SO ORDERED.**

     DATED this 19th day of December, 2005.

                                            BY THE COURT

                                            S/ F. A. Gossett
                                            United States Magistrate Judge