IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

YU LIN,

        Plaintiff,               CASE NO. 4:05CV3153

vs.

                                             ORDER

**UNIVERSITY OF NEBRASKA,**

        Defendant.

      This matter is before the Court on defendant's request to gain access to the sealed document Filing No. 59.  (Filing No. 61).  The court has reviewed this document and the Clerk is directed to forward defendant a copy of Filing No. 59.

      IT IS SO ORDERED.

DATED this 22nd day of February, 2006

                                             BY THE COURT

                                             S/ F. A. Gossett
                                             United States Magistrate Judge