IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YU LIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3153 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This matter is before the court on its own motion. The Order Setting Schedule For Initial Progression of Case [27] is amended as follows:

      IT IS ORDERED:

      **Planning Conference.** A conference with the undersigned magistrate judge will be held on the **8th day of June 2006 at 1:30 p.m.,** in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **The plaintiff must appear in person.**

      DATED this 5th day of April, 2006.

      BY THE COURT:

      S/ F. A. Gossett
      United States Magistrate Judge