# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YU LIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3153 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for enlargement of time to file a response to defendant's reply brief. (Filing No. 101). In pro se cases this court freely grants motions for enlargement of time for either party. Therefore, the motion is granted.

IT IS ORDERED:

1. Plaintiff's Motion for Enlargement of Time (Filing No. 101) is granted.

2. The plaintiff shall respond to defendant's reply brief by **May 15, 2006.**

DATED this 12th day of May, 2006.

BY THE COURT:

s/F.A. Gossett
United States Magistrate Judge