**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| YU LIN,           )<br>                    )<br>    Plaintiff,    )<br>                    )<br>vs.                 )<br>                    )<br>UNIVERSITY OF NEBRASKA-  )<br>LINCOLN,        )<br>                    )<br>    Defendant.   ) | 4:05CV3153<br><br>ORDER AMENDING<br>FINAL PROGRESSION ORDER |

This case is before the court on the oral motion of defendant to reschedule the trial date [112] as set in the court's Final Progression Order [111], due to a schedule conflict. John Wiltse, counsel for defendant, initiated a joint conference call with the plaintiff and the court to discuss alternate trial dates. After discussion, the parties reached an agreement on a date.

**IT IS ORDERED:**

1. The oral motion to reschedule the trial date [112] is granted.

2. The court's Final Progression Order [111] is amended **only** to reschedule the non-jury trial before the undersigned magistrate judge to **Friday, September 29, 2006**.

Dated this 9th day of June 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge