IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| YU LIN, | ) |
|     Plaintiff, | )  Case No. 4:05cv3153 |
| vs. | ) |
| UNIVERSITY OF NEBRASKA-, LINCOLN, | )  **ORDER** |
|     Defendant. | ) |

  On the Court's own motion, the final pretrial conference in this case will be rescheduled.

  **IT IS ORDERED** that the final pretrial conference now scheduled for August 21, 2006 at 10:00 A.M., is continued to **September 14, 2006 at 1:30 P.M.**  The conference will be held before the undersigned magistrate judge in Courtroom 6, 2nd Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

  Dated this 13th day of July 2006.

            BY THE COURT:

            s/ F. A. Gossett
            United States Magistrate Judge