**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| YU LIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3153 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NEBRASKA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on plaintiff's motion for reconsideration (Filing No. 134) and defendant's motion to amend judgment (Filing No. 130). Based on the reasoning in filing no. 132 plaintiff's motion for reconsideration is denied. No further motions for reconsideration will be entertained by the court, plaintiff may appeal the court's Judgment to the Eighth Circuit Court of Appeals.

In plaintiff's Brief responding to defendant's motion to amend judgment, plaintiff states that defendant's "motion to request an award of cost is hopeless and should be denied." The plaintiff is ordered to provide a more complete response to defendant's motion to amend judgment. Plaintiff must provide the court with a brief citing any reasons, including but not limited to, any financial reasons, there may be for the court to deny defendant's motion.

**IT IS ORDERED:**

1. Plaintiff's Motion for Reconsideration (Filing No. 134) is denied;

2. Plaintiff shall provide a more complete response to defendant's motion to amend judgment by November 3, 2006;

3. The Clerk of Court is directed to send a copy of this Order to plaintiff at her last known address.

DATED this 23rd d0ay of October, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge